In the Matter of PATRICIA BARKSDALE, Petitioner, v JOSEPH A. D'ELIA, as Commissioner of the Nassau County Department of Social Services, et al., Respondents.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of the New York State Department of Social Services, dated April 20, 1977 and made after a statutory fair hearing, which affirmed a determination of the local agency to discontinue a grant of aid to dependent children. Determination annulled, on the law, without costs or disbursements, and respondents are directed to

reinstate the grant retroactively, as of the date of its termination. In the absence in this record of a showing of lack of need, we are not persuaded that the determination to discontinue public assistance to a mother and two infant children was supported by substantial evidence (see *Matter of Rosa v Lavine,* 50 AD2d 571). Latham, J. P., Gulotta, Margett and Hawkins, JJ., concur.